# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | DOROTHY ANNABETH HURT |
| **Case Number:** | 19-00090-RLM-7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 21, 2019 10:00 AM   IP 329 |
| **Bankruptcy Judge:** | ROBYN L. MOBERLY |
| **Courtroom Clerk:** | |
| **Reporter / ECR:** | N/A |

### Matter:

Hearing on Objection to Chapter 7 Voluntary Petition filed by Creditor First Merchants Bank [1] [11]

**R / M #:**    0 / 0

**VACATED:  Motion to continue filed.  Parties agree.  Matter reset for 5/2/19 at 10 am.**

### Appearances:

NONE

### Proceedings:

VACATED: Motion to continue filed.  Parties agree.  Matter reset for 5/2/19 at 10 am.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED.  THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT.  IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**