UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOROTHY ANNABETH HURT | ) | CASE NO. 19-00090-RLM-7 |
| | ) | |
| DEBTOR. | ) | |

TRUSTEE'S MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE COMPLAINT OBJECTING TO DISCHARGE

Comes now, Jenice Golson-Dunlap, Trustee, by counsel, in support of the Trustee's Motion for Extension of Time Within Which to File Complaint Objecting to Discharge, respectfully shows the Court as follows:

1. The Debtor filed a Voluntary Petition For Relief Under Chapter 7 of the Bankruptcy Code on or about January 8, 2019.

2. Pursuant to Bankruptcy Rule 4004(a), a complaint objecting to discharge must be filed within sixty (60) days from the initially scheduled First Meeting of Creditors which deadline is April 8, 2019.

3. The Trustee is in need of additional time within which to review pending sale of commercial real estate and the closing of same.

4. The Trustee requests that this extension be granted on behalf of the United States Trustee as well.

5. Without waiving the foregoing, in the event that the Court denies this Motion, the Trustee respectfully requests an additional fourteen (14) days following the Court's ruling on this Motion within which to file a complaint objecting to the Debtor's discharge.

WHEREFORE, the Trustee respectfully prays, on the Trustee's behalf and on behalf of the United States Trustee, pursuant to Bankruptcy Rule 4004(b), for an extension of time of ninety (90) days to and including July 8, 2019, within which to file a complaint objecting to discharge if required.

RUBIN & LEVIN, P.C.

Attorneys for Trustee

By: /s/James T. Young
James T. Young, Atty. No. 13834-71
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Ste. 1400
Indianapolis, IN  46204
317/634-0300; FAX 317/453-8613
james@rubin-levin.net

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

| | |
|---|---|
| United States Trustee | ustpregion10.in.ecf@usdoj.gov |
| Jenice Golson-Dunlap | jgolsondunlap@gmail.com;trusteedunlap@aol.com |
| Mark S. Zuckerberg | filings@mszlaw.com |
| Paul Joesph Carroll | pcarroll@indylegal.com |

I further certify that on March 29, 2019, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, or via electronic transmission by this office, and properly addressed to the following:

N/A

/s/ James T. Young
James T. Young

JTY/llk
G:\WP80\TRUSTEE\Golson-Dunlap\Hurt, Dorothy - 86162301\Mot Ext.wpd